**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Robert Paul ELLENTUCK, Respondent.**

**No. 586 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 28, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of June, 2000, there having been filed with this Court by Robert Paul Ellentuck his verified Statement of Resignation dated April 14, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert Paul Ellentuck be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Robert John SHERIDAN.**

**No. 575 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 28, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of June, 2000, Robert John Sheridan having been suspended for an indefinite period of time but not less than one year from the practice of law in the State of Maryland by Order of the Court of Appeals of Maryland dated December 10, 1999; the said Robert John Sheridan having been directed on March 16, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Robert John Sheridan is suspended from the practice of law in this Commonwealth for an indefinite period of time with leave to apply for reinstatement no earlier than one year from the effective date of this Order, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.